# EXHIBIT A

| | |
|---|---|
| **From:** | Flanagan, Mark |
| **To:** | Rubino, Kevin (USACAN); mkane@conmetkane.com; msmith@conmetkane.com; mdspencerlaw@gmail.com; marsanne.weese@gmail.com; cwoodson@cjswlaw.com; craatty@aol.com; Jefferson, Julius; Shaffy Moeel |
| **Cc:** | Dautch, Leif (USACAN); Lim, Jun; Jefferson, Julius |
| **Subject:** | RE: NF \| Custody Credit |
| **Date:** | Tuesday, January 17, 2023 5:18:11 PM |

Thanks for letting us know Kevin.

**Mark D. Flanagan | WilmerHale**
**2600 El Camino Real, Suite 400  | Palo Alto, CA 94306 USA**
+1 650 858 6047 (t)
+1 650 858 6100 (f)
mark.flanagan@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Rubino, Kevin (USACAN) <Kevin.Rubino@usdoj.gov>
**Sent:** Tuesday, January 17, 2023 3:50 PM
**To:** mkane@conmetkane.com; msmith@conmetkane.com; mdspencerlaw@gmail.com; marsanne.weese@gmail.com; cwoodson@cjswlaw.com; craatty@aol.com; Flanagan, Mark <Mark.Flanagan@wilmerhale.com>; Jefferson, Julius <Julius.Jefferson@wilmerhale.com>; Shaffy Moeel <shaffy@mlf-llp.com>
**Cc:** Dautch, Leif (USACAN) <Leif.Dautch@usdoj.gov>
**Subject:** NF | Custody Credit

**EXTERNAL SENDER**

Counsel,

I'm writing regarding the custody credit for the time your clients have spent at Atwater prior to sentencing.  I had previously told you and the Court that, based on my research, it was my understanding that federal credit for this time was not permitted by 18 U.S.C. § 3585(b).  I also reached out to BOP to get their view on the issue.  BOP has now informed me that, under the unusual circumstances of this case, in which BOP voluntarily agreed to accept primary jurisdiction of your clients, BOP intends to provide your clients federal credit for the time spent in Atwater prior to sentencing.  We will inform the Court of BOP's position and that the government has no objection.

**Kevin Rubino**

Assistant United States Attorney

Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

Office: (415) 436-7291

Cell: (415) 912-6427