# EXHIBIT D

Administrative Remedy: BP-8

### Response

This is in response to your Request for Administrative Remedy, received in this office on June 16, 2023, wherein you contend the miscalculation of your sentence. You want jail credit from September 15, 2021, which is when you were placed in pretrial at USP Atwater to January 25, 2023, which is the date before your come began. As relief, you want your sentence looked into and corrected.

So, you were in the primary jurisdiction of the State of California. That means you were still receiving credit from the State of California for your time spent here that started on September 15, 2021. On January 26, 2023, you were sentenced in the United States District Court Northern District of California to a term of 88 months to run consecutive to the sentence in the State Court. Your sentence was not ordered to run concurrently with any other federal or state sentence. In order for your federal sentence to start you have to finish your state sentence or the state would have to relinquish primary jurisdiction. The State of California relinquished primary jurisdiction on September 3, 2022. Therefore, you were given jail credit from September 3, 2022, to January 25, 2023, the date before your comp began.

Program Statement 5880.28, Sentence Computation Manual (CCCA of 1984), and Title 18 U.S.C. § 3585(b), preclude the application of credit for time spent in the service of another sentence. As you were sentenced by the state and given credit for your time spent in custody you are not entitled to credit for any of this time under § 3585(b) toward your federal sentence.

If you are not satisfied with this response, you may continue the administrative remedy process.

_____                    _____
                                                    Date