IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00790-RTG

ROBERT MALDONADO,

    Petitioner,

v.

MISTELLE J. STARR, Warden, Florence ADX,

    Respondent.

## SECOND ORDER TO FILE PRELIMINARY RESPONSE

Petitioner is a prisoner in the custody of the Federal Bureau of Prisons. Through counsel, Petitioner initiated this action by filing a Petition Seeking Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1). On April 3, 2025, the Court ordered Respondent to file a Preliminary Response in this action within twenty-one days. (ECF No. 3). It does not appear that a copy of the Court's April 3 order was served on Respondent.

As part of the preliminary consideration of the Petition and pursuant to *Redmon v. Wiley*, 550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate. Respondent is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies. If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response.

Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent must attach as exhibits copies of any administrative grievances Petitioner has filed raising the issues asserted in the Petition, as well as any responses to those grievances. Petitioner may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Preliminary Response,** Applicant may file a Reply if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response.

Dated: April 25, 2025

BY THE COURT:

*Richard T. Gurley*

_____
Richard T. Gurley
United States Magistrate Judge