IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00790-RTG

ROBERT MALDONADO,

    Petitioner,

v.

MISTELLE J. STARR, Warden, Florence ADX,

    Respondent.

---

### ORDER TO SHOW CAUSE

---

    A certified petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the petitioner, alleging that he is being held illegally. Upon reading the petition, good cause appears. It is

    ORDERED that Respondent show cause **within thirty (30) days from the date of this order** why the petition for a writ of habeas corpus should not be granted. It is further

    ORDERED that **within thirty (30) days of Respondent's answer to this show cause order** Petitioner may file a Reply, if any.

    DATED May 19, 2025.

BY THE COURT:

*Richard T. Gurley* (signature)

Richard T. Gurley
United States Magistrate Judge