IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00790-RTG

ROBERT MALDONADO,

 Petitioner,

v.

MISTELLE J. STARR, Warden, Florence ADX,

 Respondent.

---

## ORDER DRAWING CASE

---

 After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

 ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

 DATED May 19, 2025.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge