IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00790-SBP

ROBERT MALDONADO,

    Petitioner,

v.

MISTELLE J. STARR, Warden, Florence ADX,

    Respondent.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE SUSAN PROSE

    This case has been directly assigned to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(4),

    IT IS ORDERED that the parties shall complete and file the Consent/Non-Consent Form (ECF No. 12), copies of which have been issued to the parties, indicating either the unanimous consent of the parties or that consent has been declined, on or before 14 days of the date of this minute order.

DATED: May 22, 2025